CHARLES W. O'ROURKE *vs.* AUGUST ARCHETTO, *Tax Assessor of the City of Cranston.*

AUGUST 9, 1963.

PRESENT: Roberts, Paolino, Powers and Joslin, JJ.

ON MOTION FOR SPECIAL ASSIGNMENT.

PER CURIAM. This cause came on to be heard on the respondent's motion for a special assignment for hearing on his appeal from the decision of the superior court. After a careful consideration of the reasons advanced by the respondent in support of this motion, it is our opinion that no cause has been shown to warrant the granting of this motion for a special assignment.

Motion for special assignment is denied.

*Abraham Goldstein,* for petitioner.

*Christopher T. DelSesto, Jr.,* Assistant City Solicitor, for respondent.